IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 06-cv-01936-EWN-MEH             Date:   January 24, 2007
Courtroom Deputy: Cathy Coomes                          **FTR – Courtroom A601**

WENDY TREJO, individually and on behalf of Trevor Trejo;   Paul J. Komyatte
TREVOR TREJO, through his mother and next friend
Wendy Trejo;

Plaintiff(s);

vs.

KIEKERT AG and                                           Shannon Stevenson
KEYKERT USA INC., aka Keykert USA, Inc.;

Defendant(s).

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:     11:03 a.m.**

Court calls case.  Appearances of counsel.  Also present: Wendy Trejo, by telephone.

Opening statements by the Court.

Mr. Komyatte requests that Ms. Stevenson be excused from the courtroom while discussions regarding the minor child are held.

Ms. Stevenson is excused from the courtroom.

Discussion regarding Mr. Komyatte's representation of Plaintiffs, Ms. Trejo's attempts to hire another attorney, and motions filed by Ms. Trejo today.

Discussion regarding cases filed in Iowa and Denver District Court involving the minor child and appointing a Guardian Ad Litem.

11:44 a.m.     Off the record.

11:58 a.m.     On the record.

Ms. Stevenson is again present in the courtroom, and the Court advises her of the status of the hearing and gives her an opportunity to make statements on the record.

**ORDERED:**  1.   A Telephonic Status Conference is set for **February 2, 2007, at 9:45 a.m.**

2. For reasons stated on the record, the following pending motions are DENIED without prejudice: Unopposed Motion for Appointment of Guardian Ad Litem and Request for Expedited Ruling (Doc. #12, filed 1/18/07); Wendy Trejo's Motion Cancel (sic) Hearing for Unoppsed (sic) Motion for Appointment of Guardian Ad Litem and Request for an Expedited Ruling (filed 1/24/07); and Wendy Trejo's Motion to Notify Court that Council (sic) for Plaintiff has been Terminated (filed 1/24/07).

**Court in recess:**    **12:05 p.m.  (Hearing concluded)**
**Total time in court:**  1:02